**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-6510**

———————

STEVEN HENRY TROTMAN,

                                         Plaintiff - Appellant,

        versus

BRUCE BRYANT, York County Sheriff; ALLEN
BRANDON, Sheriff; RUSSELL YEAGER, Deputy, York
County Sheriff's Department; YORK COUNTY,
SOUTH CAROLINA, City, Town and Municipality;
DAVID FORTSON, JR., Chief of Police; CHARLES
CABANISS, Captain, Rock Hill Police
Department; CITY OF ROCK HILL; YORK COUNTY
SHERIFF'S DEPARTMENT; ROCK HILL POLICE
DEPARTMENT,

                                         Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  R. Bryan Harwell, District Judge.
(0:03-cv-02729-RBH)

———————

Submitted: July 25, 2006              Decided: August 2, 2006

———————

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Steven Henry Trotman, Appellant Pro Se.  Terry B. Millar, TERRY B.
MILLAR, L.L.C., Rock Hill, South Carolina; Barton Jon Vincent,
David Leon Morrison, DAVIDSON, MORRISON & LINDEMANN, P.A.,
Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven Henry Trotman appeals the district court's order denying his motion to extend time to file a notice of appeal. We have reviewed the record and find no reversible error. We deny Trotman's motion to appoint counsel, and we affirm for the reasons stated by the district court. Trotman v. Bryant, No. 0:03-cv-02729-RBH (D.S.C. Mar. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED